# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANTA PIZARRO,** | : | **Civil No. 3:20-CV-511** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **JOHN WETZEL, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 9th day of December 2020, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 22) is GRANTED, and Defendants Wetzel, Mahally, and Eyer are dismissed from this suit.

S/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge