IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANTA PIZARRO,** | : | **Civil No. 3:20-CV-00511** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **JOHN E. WETZEL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of October 2021, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the defendants' motion for summary judgment (Doc. 42), is GRANTED with respect to the plaintiff's Fourteenth Amendment claim and the Fourth Amendment claim concerning the cell phone search, but DENIED with respect to the Fourth Amendment strip search claim. IT IS FURTHER ORDERED that the parties shall consult, confer and prepare a supplemental case management plan addressing pretrial scheduling in this case as well as notifying the court regarding whether the parties wish to engage in settlement discussions. This supplemental case management plan shall be filed on or before **November 9, 2021**, and a telephonic case management conference will be scheduled for **November 12, 2021 at 1:00 p.m**.

The parties will be provided call-in information for this conference prior to November 12, 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge